COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| PEGGY PIERCE, | § | No. 08-23-00242-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| JEFF KESTER, ROYALTY SUPPLY, INC., and ROYALTY WELL SERVICE, INC., | § | of Ward County, Texas |
| | § | (TC# 22-04-25995-CVW) |
| Appellees. | | |

## MEMORANDUM OPINION

Before this Court is the parties' joint motion to dismiss this appeal. The parties state they have reached a settlement agreement that includes the dismissal of this appeal, with all costs being taxed against the party incurring the same.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order. TEX. R. APP. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in

accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." TEX. R. APP. P. 42.1(a)(2)(A)–(C).

After reviewing the motion and settlement agreement, which we note has been signed by attorneys for both parties, we conclude the substance of the agreement seeks a voluntary dismissal under Texas Rule of Appellate Procedure 42.1(a)(1). Therefore, the motion is granted, and the appeal is dismissed. Each party shall bear the costs of this appeal pursuant to their agreement and joint motion. *See* TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

January 31, 2024

Before Alley, C.J., Palafox and Soto, JJ.